ORIGINAL

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __William G.L. Francis, Jr. - 264560__
    (Name of Plaintiff)    (Inmate Number)

__1181 Paddock Rd.-Smyrna, DE 19977__
(Complete Address with zip code)

07-015
(Case Number)
(to be assigned by U.S. District Court)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) __Thomas Carroll, Warden - DCC__
(2) __Correctional Medical Services (CMS)__
(3) _____
(Names of Defendants)

☒ Jury Trial Requested

FILED
JAN -9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I. **PREVIOUS LAWSUITS**

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption, case number including year, as well as the name of the judicial officer to whom it was assigned:

1) __William G.L. Francis, Jr. v. Bureau of Prisons (2002)__
__C.A. No. 1:02 CV01270 Judge Paul Lawrence Friedman__

2) __William Francis, Jr. v. Attorney General M. Jane Brady, et al__
__(2003)__
__C.A. No. 1:03CV01150 Judge Joseph J. Farnan, Jr.__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.  Is there a prisoner grievance procedure available at your present institution? ☑ Yes ☐ No

B.  Have you fully exhausted your available administrative remedies regarding each of your present claims? ☑ Yes ☐ No

C.  If your answer to "B" is Yes:

1. What steps did you take? *I grieved to the Inmate Grievance Committee (IGC), Medical Grievance Committee (MGC), Bureau Chief, Warden Carroll, CMS and Health Services Admin.*

2. What was the result? *I have been denied dental floss and visits with a periodontist.*

D.  If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: *Thomas Carroll*
Employed as *Warden* at *Delaware Corr. Ctr.*
Mailing address with zip code: *1181 Paddock Rd. - Smyrna, DE 19977*

(2) Name of second defendant: *Correctional Medical Services (CMS)*
Employed as *Private Contract Healthcare Provider* at *Delaware Corr. Ctr.*
Mailing address with zip code: *1201 College Park Drive - Suite 101 - Dover, DE 19904*

(3) Name of third defendant: _____
Employed as _____ at _____
Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

**IV. STATEMENT OF CLAIM**

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Defendant Thomas Carroll has been deliberately indifferent to plaintiff's serious medical need to treat his chronic (advanced) periodontal disease by denying him access to any type of dental floss, in violation of the Eighth Amendment.

2. Defendant Thomas Carroll has discriminated against plaintiff by denying him access to any type of dental floss, although other inmates similarly situated at the Sussex Correctional Institution (SCI) are authorized to purchase and use dental

3. Defendant CMS has been deliberately indifferent to plaintiff's chronic (advanced) periodontal disease by refusing to allow plaintiff to be treated by a periodontist, in violation of the Eighth Amendment. Periodontal disease significantly increases the risks of high blood pressure, Stroke

**V. RELIEF**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Injunctive Relief: Plaintiff requests that this Honorable Court order defendants to provide plaintiff the means to purchase dental floss or dental picks and arrange visits with a periodontist for plaintiff.

3

## IV. STATEMENT OF CLAIM (continued)

2. floss, in violation of the Fourteenth Amendment.

3. and heart attack as reported by the Centers for Disease Control (CDC) and other credible sources, and plaintiff has experienced high blood pressure symptoms and complications in 2005 and 2006.

4. Defendant CMS has denied to plaintiff equal protection by allowing other inmates to receive treatment from outside specialists for a wide range of conditions and diseases, and disallowing plaintiff visits with a periodontist, in violation of the Fourteenth Amendment.

2. <u>Compensatory Damages</u>: Plaintiff requests that this Honorable Court order defendants to reimburse plaintiff for the costs of litigation in the amount of $500.00 and $50,000 for pain, suffering and emotional distress.

3. <u>Punitive Damages</u>: Plaintiff requests that this Honorable Court award plaintiff with $100,000 in punitive damages.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __4th__ day of __January__, 2007.

__William G. L. Francis, Jr.__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M William G.L. Francis, Jr.
SBI# 264560 UNIT W-10-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

JAN  5  2007   WILMINGTON,

Clerk
U.S. District Court, Lockbox 18
844 N. King Street
Wilmington, DE 19801