January 9, 2007

07-15

Clerk of Court:

Please find attached the required certified account statement for the past 6 months in the matter of WILLIAM G.L. FRANCIS, JR v. THOMAS CARROLL, CORRECTIONAL MEDICAL SERVICES.

Sincerely,

William G. L. Francis, Jr.



FILED
JAN 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO Scanned