# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

07-15

TO: William Francis SBI#: 264560

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: January 8, 2007

**FILED**
JAN 1 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanner

Attached are copies of your inmate account statement for the months of July 1, 2006 to December 31, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| July | 97.77 |
| Aug | 17.62 |
| Sept | 114.37 |
| Oct | 81.34 |
| Nov | 23.82 |
| Dec | 102.36 |

Average daily balances/6 months: 72.88

Attachments
CC: File

Stacy Shane
1/8/07

[signature]
1/8/07

# Individual Statement

## For Month of July 2006

Date Printed: 1/8/2007                                                                 Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00264560 | Francis | William | | | | |

Current Location: W1        Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wages | 7/3/2006 | $64.40 | $0.00 | $0.00 | $64.40 | 286339 | | | |
| Canteen | 7/5/2006 | ($62.47) | $0.00 | $0.00 | $1.93 | 287285 | | | |
| Canteen | 7/11/2006 | ($1.90) | $0.00 | $0.00 | $0.03 | 289965 | | | |
| Mail | 7/12/2006 | $250.00 | $0.00 | $0.00 | $250.03 | 290648 | 9512289415 | | B. HYLTON |
| Canteen | 7/18/2006 | ($75.34) | $0.00 | $0.00 | $174.69 | 292837 | | | |
| Pay-To | 7/20/2006 | ($15.00) | $0.00 | $0.00 | $159.69 | 295340 | | EDUCATION 5/24-6/2 | |
| Pay-To | 7/20/2006 | ($40.00) | $0.00 | $0.00 | $119.69 | 295381 | | HARRIET TUBMANS PAULA BOOKER | |
| Canteen | 7/25/2006 | ($50.78) | $0.00 | $0.00 | $68.91 | 296690 | | | |
| Pay-To | 7/27/2006 | ($8.00) | $0.00 | $0.00 | $60.91 | 297716 | | DEXSTA FCU | |

Ending Mth Balance: **$60.91**

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 1/8/2007

## For Month of August 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $60.91 |
|---|---|---|---|---|---|---|
| 00264560 | Francis | William | | | | |

Current Location: W1

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/1/2006 | ($58.86) | $0.00 | $0.00 | $2.05 | 299852 | | | |
| Wages | 8/2/2006 | $56.00 | $0.00 | $0.00 | $58.05 | 300920 | | | |
| Pay-To | 8/3/2006 | ($10.00) | $0.00 | $0.00 | $48.05 | 301689 | | EDUCATION 6/24-7/2 HARRIET TUBMAN'S | |
| Canteen | 8/8/2006 | ($42.07) | $0.00 | $0.00 | $5.98 | 302645 | | | |
| Canteen | 8/15/2006 | ($5.75) | $0.00 | $0.00 | $0.23 | 306919 | | | |
| Mail | 8/28/2006 | $50.00 | $0.00 | $0.00 | $50.23 | 311251 | 09512296277 | | B. HYLTON |

Ending Mth Balance: $50.23

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

### For Month of September 2006

Date Printed: 1/8/2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $50.23 | |
|---|---|---|---|---|---|---|---|
| 00264560 | Francis | William | | | | | |
| Current Location: | W1 | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wages | 9/1/2006 | $64.40 | $0.00 | $0.00 | $114.63 | 312996 | | EDUCATION 7/24-8/2 | |
| Canteen | 9/5/2006 | ($74.06) | $0.00 | $0.00 | $40.57 | 314831 | | | |
| Pay-To | 9/7/2006 | ($10.00) | $0.00 | $0.00 | $30.57 | 316624 | | ADMISSIONS STRAT | |
| Mail | 9/12/2006 | $200.00 | $0.00 | $0.00 | $230.57 | 318408 | 9899186444 | | B HYLTON |
| Canteen | 9/12/2006 | ($30.24) | $0.00 | $0.00 | $200.33 | 318647 | | | |
| Pay-To | 9/15/2006 | $20.00 | $0.00 | $0.00 | $220.33 | 320422 | 5155 | 6 MONTH VOID 4/22/ | |
| Pay-To | 9/15/2006 | $5.00 | $0.00 | $0.00 | $225.33 | 320536 | 9070 | 6 MONTH VOID 12/16 | |
| Canteen | 9/19/2006 | ($73.71) | $0.00 | $0.00 | $151.62 | 321254 | | | |
| Pay-To | 9/21/2006 | ($5.00) | $0.00 | $0.00 | $146.62 | 322967 | | MOTHER'S ARMS | |
| Pay-To | 9/22/2006 | ($25.00) | $0.00 | $0.00 | $121.62 | 323608 | | BETTER INVESTING | |
| Canteen | 9/26/2006 | ($43.96) | $0.00 | $0.00 | $77.66 | 324419 | | | |
| Pay-To | 9/28/2006 | ($11.45) | $0.00 | $0.00 | $66.21 | 325679 | | BBPD | |
| Pay-To | 9/28/2006 | ($10.00) | $0.00 | $0.00 | $56.21 | 325680 | | PENN FOSTER | |
| Pay-To | 9/29/2006 | ($12.00) | $0.00 | $0.00 | $44.21 | 325889 | | MASJID MUHAMMAD | |

Ending Mth Balance: $44.21

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 1/8/2007    Page 1 of 1

## For Month of October 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $44.21 |
|---|---|---|---|---|---|---|
| 00264560 | Francis | William | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wages | 10/2/2006 | $59.60 | $0.00 | $0.00 | $103.81 | 326496 | | | |
| Canteen | 10/3/2006 | ($67.51) | $0.00 | $0.00 | $36.30 | 327541 | | | |
| Canteen | 10/10/2006 | ($28.77) | $0.00 | $0.00 | $7.53 | 330452 | | | |
| Mail | 10/13/2006 | $200.00 | $0.00 | $0.00 | $207.53 | 332332 | | EDUCATION 8/24-9/2 | |
| Canteen | 10/17/2006 | ($7.15) | $0.00 | $0.00 | $200.38 | 333040 | | | |
| Pay-To | 10/20/2006 | ($30.00) | $0.00 | $0.00 | $170.38 | 335004 | 10236425962 | | W. FRANCIS |
| Pay-To | 10/20/2006 | ($49.50) | $0.00 | $0.00 | $120.88 | 335007 | | BANK OF NY DIV REI | |
| Pay-To | 10/20/2006 | ($16.40) | $0.00 | $0.00 | $104.48 | 335197 | | TRUE WEALTH | |
| Canteen | 10/24/2006 | ($73.45) | $0.00 | $0.00 | $31.03 | 337235 | | EDWARD R HAMILT | |

Ending Mth Balance: $31.03

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 1/8/2007

Page 1 of 1

## For Month of November 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | | |
|---|---|---|---|---|---|---|---|---|
| 00264560 | Francis | William | | | $31.03 | | | |

Current Location: W1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wages | 11/1/2006 | $57.40 | $0.00 | $0.00 | $88.43 | 339524 | | EDUCATION 9/24-10/ | |
| Canteen | 11/1/2006 | ($42.25) | $0.00 | $0.00 | $46.18 | 340295 | | | |
| Pay-To | 11/2/2006 | ($16.00) | $0.00 | $0.00 | $30.18 | 341881 | | MASJID MUHAMMAD | |
| Misc | 11/3/2006 | $8.45 | $0.00 | $0.00 | $38.63 | 342676 | 433393 | REFUND CHECK | ED HAMILTON BOOK |
| Canteen | 11/8/2006 | ($31.96) | $0.00 | $0.00 | $6.67 | 343713 | | | |
| Canteen | 11/14/2006 | ($6.37) | $0.00 | $0.00 | $0.30 | 346048 | | | |
| Mail | 11/27/2006 | $100.00 | $0.00 | $0.00 | $100.30 | 350352 | 10237185235 | | B HYLTON |

Ending Mth Balance: **$100.30**

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 1/8/2007  
Page 1 of 1

## For Month of December 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $100.30 | |
|---|---|---|---|---|---|---|---|
| 00264560 | Francis | William | | | | | |

Current Location: W1   Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wages | 12/1/2006 | $44.80 | $0.00 | $0.00 | $145.10 | 352280 | | | |
| Canteen | 12/5/2006 | ($74.46) | $0.00 | $0.00 | $70.64 | 354135 | | | |
| Pay-To | 12/7/2006 | ($10.00) | $0.00 | $0.00 | $60.64 | 355849 | | EDUCATION 10/24-11 | |
| Canteen | 12/12/2006 | ($47.05) | $0.00 | $0.00 | $13.59 | 358170 | | | |
| Canteen | 12/19/2006 | ($13.57) | $0.00 | $0.00 | $0.02 | 361101 | | SCH | |
| Mail | 12/21/2006 | $250.00 | $0.00 | $0.00 | $250.02 | 362239 | 10236447088 | | R FRANCIS |
| Canteen | 12/26/2006 | ($75.23) | $0.00 | $0.00 | $174.79 | 363928 | | | |
| Pay-To | 12/28/2006 | ($30.00) | $0.00 | $0.00 | $144.79 | 365493 | | O'ROUKE INVESTIG | |
| Pay-To | 12/28/2006 | ($19.45) | $0.00 | $0.00 | $125.34 | 365494 | | EDWARD R HAMILT | |
| Pay-To | 12/29/2006 | ($16.00) | $0.00 | $0.00 | $109.34 | 365666 | | MASJID MUHAMMAD | |

Ending Mth Balance: **$109.34**

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Non-Medical Hold: $0.00

WILMINGTON DE 197
10 JAN 2007 PM 1 T

I/M William G.L. Francis, Jr.
SBI# 264560    UNIT W-D-22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court, Lockbox 18
844 N. King Street
Wilmington, DE
19801