AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. **07cv 15**

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*



FILED
JAN 2 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanning

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

__January 18, 2007__     __William Francis, Jr.__
(Date forms issued)     (Signature of Party or their Representative)

__William Francis, Jr.__
(Printed name of Party or their Representative)

PLease complete this form & Rtn to DISTRICT CT.

Note: Completed receipt will be filed in the Civil Action