IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WILLIAM FRANCIS, JR.         )
                             )
       Plaintiff,            )
                             )
    v.                       )  Civil Action No. 07-15 JJF
                             )
WARDEN THOMAS CARROLL,       )
CORRECTIONAL MEDICAL SERVICES)
                             )
       Defendants.           )

**AUTHORIZATION**

I, William Francis, Jr., SBI #264560, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $47.67 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _January 18_, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _January 22_, 2007.

_William Francis, Jr._
Signature of Plaintiff

I/M William Francis, Jr.
SBI# 264560    UNIT W-D-22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
22 JAN 2007 PM 1 L

Office of the Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570