IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM FRANCIS, JR., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-015-JJF |
| WARDEN THOMAS CARROLL, CORRECTIONAL MEDICAL SERVICES, STAN TAYLOR, and JOYCE TALLEY, | : |
| Defendants. | : |

**DEFENDANTS' CORRECTIONAL MEDICAL SERVICES' NOTICE OF WITHDRAWAL OF CROSS CLAIMS AGAINST CO-DEFENDANTS**

Defendant Correctional Medical Services, Inc., hereby withdraws any and all cross claims against Co-Defendants in the above matter.

Marks, O'Neill, O'Brien & Courtney, P.C.

By: _____
Patrick G. Rock, Esquire/ID No. 4632
Megan T. Mantzavinos, Esquire/ID No. 3802
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorneys for Defendants*

DATED: 8/15/07

DE088785.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM FRANCIS, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-015-JJF |
| | : | |
| WARDEN THOMAS CARROLL, | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| STAN TAYLOR, and JOYCE TALLEY, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, **Patrick G. Rock** hereby certify that on **August 15, 2007,** I electronically filed a **Withdrawal of Cross-Claims** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Inmate William Francis, Jr., *Pro Se*
>SBI# 264560
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

>/s/ *Patrick G. Rock*
>Patrick G. Rock, Esquire / I.D. No. 4632
>*Attorney for Defendants*

DE083658.1