DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

December 5, 2006
November 29, 2006

Inmate FRANCIS WILLIAM G
SBI # 00264560
DCC Delaware Correctional Center
SMYRNA DE, 19977

Dear WILLIAM FRANCIS:

We have reviewed your Grievance Case # 15037 dated 06/16/2005.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

Exhibit A

DCC  Delaware Correctional Center                          Date: 12/05/2006
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** FRANCIS, WILLIAM G | **SBI#** : 00264560 | **Institution** : DCC |
| **Grievance #** : 15037 | **Grievance Date** : 06/16/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Resol. Date** : 12/05/2006 |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/16/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg W1, Tier D, Cell 22, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states: on 4-19-05 submitted a medical grievance and believe the medical grievance committee is willfully ignoring my complaint/grievance. I have chronic peridontal disease and the medical grievance is related to daily treatment of my disease.

**Remedy Requested** : I want my grievance heard, reviewed and process without any further delay on the part of the MGC

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 07/07/2005 |
| **Investigation Sent** : 07/07/2005 | **Investigation Sent To** : Breton, Monique |
| **Grievance Amount** : | |

DCC Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 12/05/2006

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** FRANCIS, WILLIAM G | **SBI#** : 00264560 | **Institution** : DCC |
| **Grievance #** : 15037 | **Grievance Date** : 06/16/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status:** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/16/2005 | **Incident Time:** |
| **IGC** : Merson, Lise M | **Housing Location:** Bldg W1, Tier D, Cell 22, Single | |

### INFORMAL RESOLUTION

**Investigator Name** : Breton, Monique   **Date of Report** 07/07/2005

**Investigation Report:**

**Reason for Referring:**

---

**Investigator Name** : Dunn, Lee Anne   **Date of Report** 07/21/2005

**Investigation Report:** resolved

**Reason for Referring:**

---

Offender's Signature: _____

Date             : _____

Witness (Officer) : _____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/05/2006

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : FRANCIS, WILLIAM G | SBI# : 00264560 | Institution : DCC |
| Grievance # : 15037 | Grievance Date : 06/16/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 06/16/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg W1, Tier D, Cell 22, Single | |

### IGC

Medical Provider:                                Date Assigned

Comments:

[x] Forward to MGC              [ ] Warden Notified

[ ] Forward to RGC              Date Forwarded to RGC/MGC : 08/04/2005

[x] Offender Signature Captured    Date Offender Signed     :

DCC  Delaware Correctional Center   Date: 12/05/2006
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - Appeal

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : FRANCIS, WILLIAM G | SBI# : 00264560 | Institution : DCC |
| Grievance # : 15037 | Grievance Date : 06/16/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 06/16/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg W1, Tier D, Cell 22, Single | |

## APPEAL REQUEST

Appeal returned 3/20/2006: I am appealing the decision of the MGC to deny my grievance regarding treatment of my chronic periodontitis. It has taken at least one grievance and several other written requests to receive basic treatment from the dental hygienist (s) (two scaling and/or root planing procedures to remove any plaque and calculus). The dental staff admitted that I need treatment from a periodontist, specifically:
1) Gingivectomy: surgical trimming of the gums using a local anesthetic to reduce the size of the gum pockets;
2) curettage - to remove the diseased lining from the pocket (s) so that healthy underlying tissue will reattach to the affected teeth; and
3) Surgical implants and/or partial dentures to replace extracted teeth for preventive dentistry, mastication and cosmetic purposes, possess and use some form of floss daily. The security ban on any form of floss isn't related to any legitimate penological interest(s), as other inmates similarly situated in other Delaware prisons and detention centers are permitted to have floss. Chronic periodontal disease has been linked to an increased risk of heart attacks, strokes and high blood pressure incidents. I do not have a history of smoking, alcohol abuse or drug use. I brush daily at least 2 - 3 times a day. Both of my parents have chronic periodontitis and were healthcare professionals.

## REMEDY REQUEST

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/05/2006

# GRIEVANCE INFORMATION - BGO

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** FRANCIS, WILLIAM G | **SBI#** : 00264560 | **Institution** : DCC |
| **Grievance #** : 15037 | **Grievance Date** : 06/16/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/16/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg W1, Tier D, Cell 22, Single | |

### REFERRED TO

**Due Date:** 03/29/2006    **Referred to:** Person    **Name:** Welch, James

**Type of Information Requested:**
Grievant states his dental needs are being ignored.

### DECISION

**Date Received:** 03/20/2006

**Decision Date:** 09/25/2006    **Vote:** Uphold

**Comments:**
Dental f/u (peridontal disease)

DCC Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 12/05/2006

# GRIEVANCE INFORMATION - MGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : FRANCIS, WILLIAM G | SBI# : 00264560 | Institution : DCC |
| Grievance # : 15037 | Grievance Date : 06/16/2005 | Category : Individual |
| Status : Resolved | Resolution Status: Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 06/16/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg W1, Tier D, Cell 22, Single | |

## MGC

Date Received : 08/04/2005    Date of Recommendation: 03/20/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Deny |
| Staff | | Weigner, Kimberly | Deny |
| Staff | | Gordon, Oshenka | Deny |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

Uphold : 0    Deny : 3    Abstain : 1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 3/14/2006  
Denied: Request dental floss - denied.

Appeal due 3/19/2006


American Academy of Periodontology

The following information from the AAP Web site is located at:
http://perio.org/consumer/perio-heart-link.htm

For the Media

# What Does Your Mouth Say About Your Heart?

Since periodontitis is a persistent bacterial infection causing chronic inflammation in periodontal tissues, it is suggested that it may travel through the bloodstream and increase the risk of acute cardiac syndrome.

CHICAGO—February 13, 2007—Eliminating dental plaque may be an important step in preventing periodontitis and coronary artery disease according to a new study published in this month's issue of the *Journal of Periodontology*. Study Abstract

Researchers examined 20 individuals with chronic periodontitis. In 13 of the 20 patients, bacterial pathogens most frequently found in severe chronic periodontitis were also found in atherosclerotic plaque of coronary vessels. In 10 cases, those species of bacteria were also present in atherosclerotic plaque and in subgingival plaque*. (Atherosclerosis is a multistage process set in motion when cells lining the arteries are damaged as a result of high blood pressure, smoking, toxic substances and other agents.)

"We found that patients with periodontal pathogens detected in atherosclerotic plaque had four millimeters or greater of deep periodontal pockets and a significantly higher bleeding index," said study author Dr. Maciej Zaremba. "This supports the possibility that bacteria associated with periodontitis can permeate into coronary vessels."

"Since periodontal and cardiovascular diseases have several common risk factors, more studies are needed to evaluate the strength of association between the two diseases," said Dr. Preston D. Miller, DDS, and AAP president. "It is very important for people to talk to their dentist or periodontist about their periodontal health and their at-home oral hygiene routine to prevent periodontal disease and maybe even coronary artery disease."

According to the American Heart Association, coronary heart disease is the number one single cause of death in the United States. Knowledge of the risk factors and possible links to coronary heart disease, such as periodontal disease is the first step towards preventing it. To find out if you are at risk for periodontal disease, please visit the AAP's Web site and take a free risk assessment test.

A referral to a periodontist in your area and free brochure samples including ones titled *Periodontal Diseases: What You Need to Know* and *Ask Your Periodontist about Periodontal Disease and Heart Disease* are available by calling 800-FLOSS-EM or visiting the AAP's Web site at www.perio.org.

The American Academy of Periodontology is an 8,000-member association of dental professionals specializing in the prevention, diagnosis and treatment of diseases affecting the gums and supporting structures of the teeth and in the placement and maintenance of dental implants. Periodontics is one of nine dental specialties recognized by the American Dental Association.

For more information, contact the AAP Public Affairs Department at 312/573-3243 or 312/573-3242.

* EDITOR'S NOTE: Representatives of the media may contact the AAP Public Affairs Department to receive a copy of the articles Evaluation of the Incidence of Periodontitis-associated Bacteria in the Atherosclerotic Plaque of Coronary Blood Vessels. Abstracts of *Journal of Periodontology* articles are available to the public online. Full-text of studies may be accessed by AAP members and *Journal* subscribers or purchased online for $20.

**Find Out More**     Exhibit B

**AAP Statements and Press Releases**
- New Study Finds Positive Association Between Periodontal Disease and Coronary Heart Disease
- Salivary Melatonin May Decrease Periodontal Disease Severity According to New Study Findings
- Periodontal Bacteria Linked to Heart Disease
- Further Evidence Reveals the Association Between Periodontal Disease and Coronary Artery Disease
- Deep Periodontal Pockets Increase Risk for Electrocardiographic Abnormalities

- Periodontal Disease, C-Reactive Protein and Overall Health
- Why Periodontal Disease May Pose a Risk to Your Health (Video News Release)
- New Study Confirms Periodontal Disease Linked to Heart Disease
- C-Reactive Protein - A Predictor of Heart Disease - Is Elevated in Patients with Periodontal Disease
- The Mouth Is the Mirror to Overall Health

**Consumer Information**
- The Mouth-Body Connection
- Periodontal Disease, Heart Disease and Stroke
- What's Your Periodontal Disease Risk? Take AAP's Self-Test
- Locate a periodontist near you for an evaluation
- View free brochure samples on oral health topics

**En Español**
- Encías Sanas y Cuerpo Sano/Enfermedad periodontal - Hoja informative
- Enfermedad Periodontal y Enfermedad del Corazón

| Public | Professionals | Students | Members | Publications | Links |
|--------|---------------|----------|---------|--------------|-------|
| Search | Shop Online | About AAP | Join AAP | Foundation | Board |

© The American Academy of Periodontology. All rights reserved
Disclaimers apply | Privacy commitment | Contact AAP
Page Last Modified: February 13, 2007

To: John Rundle, Health Services Administrator (HSA)
From: William G.L. Francis, Jr., SBI #264560, Unit W-D-22
Date: October 24, 2006
Re: Periodontal Disease

    I have been informed by several members of the Dental Services Staff that they cannot provide the treatment and surgical procedures for my advanced periodontal disease beyond routine root planing and scaling, and teeth cleaning. I respectfully request to be approved for a visit with a periodontist to determine what surgical operations/procedures are required (i.e. gingivectomy, malocclusion correction, curettage, etc.), and to be scheduled for surgery, if necessary, based on his/her determination.
    Periodontal disease has been linked to high blood pressure, strokes and heart attacks as a cause or contributing factor.
(Source(s): perio.org, healthybodyhealthymind.com)
    Please include a copy of this request with your reply.

Exhibit C

DELAWARE DEPARTMENT OF CORRECTIONS
REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL (DENTAL) MENTAL HEALTH

__William Francis Jr.__                          __W-D-22__
Name (Print)                                     Housing Location

__01/22/71__      __264560__      __12/13/06__
Date of Birth      SBI Number      Date Submitted

Complaint (What type of problem are you having)? I have been referred to you by Scott S. Altman, Quality Assurance Monitor (CMS) for an evaluation from the dentist. I am experiencing persistent pain in my gums and eating and drinking has become more difficult and painful. I request a visit with a periodontist.

__William Francis Jr.__           __12/13/06__
Inmate Signature                  Date

The below area is for medical use only. Please do not write any further.

S:

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

William Francis, Jr.
Delaware Correctional Center
SBI 264560, Unit W(D-22)
1181 Paddock Road
Smyrna, Delaware 19977

SOUTH JERSEY NJ 080
25 AUG 2007 PM 5 T

Office of the Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

19801+3570 C012