

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIAM FRANCIS, JR.                :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :   C.A. No. 07-015-JJF
                                    :   Jury Trial Demanded
                                    :
Warden Thomas Carroll, et al,       :
                                    :
        Defendants.                 :

**PLAINTIFF'S REPLY TO STATE DEFENDANTS' ANSWER TO PLAINTIFF'S
COMPLAINT AND AS AMENDED**

Plaintiff, pro se, submits this reply to state defendants' answer. This reply is not a waiver of plaintiff's claims and allegations raised by and in his **MOTION FOR DEFAULT JUDGEMENT**. Plaintiff specifically reserves the right to have such motion heard and adjudicated according to the well-established Federal Rules of Civil Procedure.

**Plaintiff's Suit For Money Damages Is Not Barred By The Eleventh Amendment To The U.S. Constitution**

The State of Delaware or any of its agencies is not a party to this suit. For the purposes of specificity and judicial economy plaintiff is suing defendants Thomas Carroll, Stan Taylor and Joyce Talley in their individual capacities for an award of damages, and in their official capacities under the "the Ex Parte Young fiction" for injunctive relief in order to compel the Department of Corrections to obey the U.S. and Delaware Constitutions with respect to the claimed violations of plaintiff's constitutional rights. See Hafer v. Melo, 502 U.S. 21, 31(1991); Pennhurst State School & Hospital v. Halderman, 465 U.S. 89, 102-05 (1984); Ex Parte Young, 209 U.S. 123, 160 (1908).

Therefore, based on these averments, plaintiff's suit for damages is not barred by the Eleventh Amendment to the U.S. Constitution.

## The Respondeat Superior Theory Does Not Apply And Has Not Been Invoked In Plaintiff's Suit Under Section 1983

The doctrine of respondeat superior does not apply in Section 1983 lawsuits and plaintiff has not applied or implied it in his complaint as amended. Monell v. Department of Social Services, 436 U.S. 659, at 691. Defendant Thomas Carroll is personally involved in the alleged constitutional violations and/or deprivations claimed by plaintiff (See Exhibit D), as plaintiff and a CMS employee brought plaintiff's grievance(s) to defendant Carroll's attention when the Inmate Grievance and Medical Grievance Committees were acting in collusion to frustrate and impede the exhaustion of administrative remedies process (See Exhibit E).

Defendant Thomas Carroll acted arbitrarily and capriciously when he issued a ban on any type of dental floss when dental floss has been sold at the Sussex Correctional Institution (SCI) for years (See Exhibit F). This fact establishes a violation of plaintiff's right to equal protection and deliberate indifference against defendant Carroll.

Defendants Stan Taylor and Joyce Talley are liable under this 42 U.S.C. Section 1983 action because they established, carried out and/or authorized the application and execution of the medical and dental treatment policies, pursuant to Title 11 Del. Code Section 6536(a) through (e), "Medical Care," that resulted in the violation(s) of plaintiff's constitutional rights. See Swint v. City of Wadley, 51 F.3d 988, 999 (11th Cir. 1995); Camilo-Robles v. Hoyas, 151 F.3d 1, 6 – 7 (1st Cir. 1998)(supervisor may be held liable under Section 1983 "if he [or she] formulates a policy or engages in a practice that leads

2

to a civil rights violation committed by another"; "supervisory liability does not require a showing that the supervisor had actual knowledge of the offending behavior; he [or she] 'may be liable for the foreseeable consequences of such conduct if he [or she] would have known of it but for his [or her] deliberate indifference or willful blindness'"); Blyden v. Mancusi, 186 F.3d 252, 264 (2nd Cir. 1999)("A supervisor may be found personally involved in a deprivation of rights in several ways: …. [H]e [or she] may be liable because he [or she] created a policy or custom under which unconstitutional practices occurred, or allowed such a policy or custom to continue…. Lastly, [he or she] may be personally liable if he [or she] was grossly negligent in managing subordinates who caused the unlawful condition or event…. "); Morris v. Dearborne, 181 F.3d 657, 672 (5th Cir. 1999)(while direct participation is not necessary for liability under Section 1983, plaintiff must prove that defendant "set in motion events that would foreseeably cause the deprivation of [plaintiff's] constitutional rights").

Title 11 Del. Code Section 6536(a) states in relevant part that: "The Department shall promulgate reasonable standards, and shall establish reasonable health, medical and *dental* services, for each institution, including preventive, diagnostic and therapeutic measures on both an outpatient and hospital basis *for all types of patients*.

The nature and extent of such medical and *dental* services shall be determined by the *Commissioner of Correction* in consultation with the *chief medical officer* [CMS] of the Department.

The Department may authorize, under regulations, inmates to be taken, with or without guard, to a medical institution or facility outside the institution" **[Emphasis Added]**.

Based on the above-referenced statutory provisions and directives, the issue of liability against defendants Thomas Carroll, Stan Taylor, Joyce Talley and CMS is indisputable and irrefutable.

### Plaintiff Did Not Act With Contributory Negligence

Plaintiff did not act with contributory negligence simply because he initiated his repeated and specified requests for medical and dental treatment, he made staff and officials aware of his serious medical need(s) and the substantial risk of foreseeable harm if those needs were not sufficiently met, and dental staff has, on more than one occasion, observed that plaintiff brushes and cares for his teeth well enough to not have a cavity problem.

WHEREFORE, the State Defendants Thomas Carroll, Stan Taylor and Joyce Talley are liable to plaintiff for constitutional violations and deprivations as alleged and supported by plaintiff in his complaint and all subsequent pleadings.

/s/ *William Francis, Jr., pro se*
William Francis, Jr., pro se
SBI 264560, W-D-22
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dated: September 5, 2007

## Certificate of Service

     I, William Francis, Jr. hereby certify that I have served a true and correct copy of the attached PLAINTIFF'S REPLY TO STATE DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND AS AMENDED upon the following parties/persons:

To: Ophelia M. Waters, Deputy Attorney General
     Carvel State Office Building
     820 N. French Street, 6th Floor
     Wilmington, DE 19801

To: Megan T. Mantzavinos, Esquire
     Ryan M. Ernst, Esquire
     913 Market Street, #800
     Wilmington, DE 19801

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __10th__ day of __September__, 2007

_William Francis, Jr., pro se_
William Francis, Jr., pro se
SBI 264560, W-D-22
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



Office of the Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, DE
            19801-3570

To: Thomas Carroll, Warden
From: William Francis, Jr., SBI 264560, W-1, D-22
Subj: Grievance Appeal
Date: 11-14-04

    This is my final attempt at informal resolution on the institutional level. I am appealling the rejection of my grievance (#5185), and the subsequent appeal to the Inmate Grievance Committee (#8211). I'm being denied the right to treat my periodontal disease with a flossing device, and would like to purchase a REACH ACCESS Flosser through the commissary or the Health Services Dept., or any comparable product.

Exhibit D



**CMS**
DEDICATED PEOPLE
MAKING A DIFFERENCE
Correctional Medical Services

William Francis
SBI #264560  W1 D22
1181 Paddock Road
Smyrna, DE 19977

7 Dec 2006

Dear Mr. Francis,

    I received your letter dated 5 Nov 2006 on 6 Dec 2006.
    I reviewed your medical record in response to your concerns. Although you have a well documented history of periodontal disease, you have not submitted a sick call slip requesting dental care in over 1 year (9/4/05). The use of floss and picks in the institution is a security issue, not medical, and we cannot authorize devices for use that are prohibited by security. If you continue to have problems, please submit a sick call slip requesting an evaluation from our dentist.
    Please continue to let me know if you have any more questions

Your Partner in Healthcare,

*Scott S. Altman*

Scott S. Altman
Quality Assurance Monitor
Correctional Medical Services

CC:  Warden Thomas Carroll
       Medical Record

Exhibit E

FORM #585

**MEDICAL GRIEVANCE**

FACILITY: DOC

INMATE'S NAME: William Francis, Jr.

HOUSING UNIT: W-1, D-22, Single

DATE SUBMITTED: 4-19-05

SBI#: 264560

CASE #: 15828

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 4-19-05; 4:05 p.m.

TYPE OF MEDICAL PROBLEM:

I have been denied authorization to order, pay for and possess disposable and secure dental floss tooth picks needed to treat my periodontal disease. I am still seeking approval of dental floss tooth picks to treat myself based on the CDC's finding that untreated gum disease and no daily flossing contributes significantly to heart disease, heart attacks, strokes and high blood pressure.

GRIEVANT'S SIGNATURE: William Francis, Jr.   DATE: April 19, 2005

ACTION REQUESTED BY GRIEVANT: Authorization to have access to the requested treatment tool, or a suitable alternative, based on a demonstrated need.

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

RECEIVED
APR 2 0 2005
Inmate Grievance Office

E1

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

---

### Return of Unprocessed Grievance

<u>Intake Action:</u> This Grievance Form is being returned to the inmate under the provisions outlined in DOV Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____  **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____  **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.
   ____ Disciplinary Action    ____ Parole Decision    ____ Classification Action

_____  **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

_____  **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____  **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are <u>not</u> accepted.

✓  **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

✓  **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

*Floss of any type has been a security issue for years. put in a sick call slip.*

_____
Inmate Grievance Chairperson

Date
APR 2 7 2005

E2

E3

William Francis, Jr.
Del. Corr. Center
SBI 264560, W-1 (D-22)

November 17, 2005

Mr. Richard Seifert
Prison Officer
Department of Correction
Administration Building
245 McKee Road
Dover, DE 19904

RE: Medical Grievance Appeal - Case # 15828

Dear Mr. Seifert:

    I am appealing the denial of my medical grievance, the failure of the Inmate Grievance Chairperson to allow me to process my medical grievance through the proper channel(s) and the denial of my <u>Individual</u> request for dental floss to treat my Periodontal disease on a daily basis.

    The Inmate Grievance Chairperson is unqualified and not vested with the authority to deny or reject a medical grievance and request for medical treatment. I did not initiate Medical Grievance # 15828 as a class action and, therefore, it was inappropriate to reject or fail to process my medical grievance on the ground that "floss of any type has been a security issue for years."

I am a transferred inmate from the Federal prison system, and arrived to DCC in January 2004. Dental Dept. Staff had informed me that dental floss is accessible to inmates at SCI, MCI and WCI which are a part of the Dept. of Corrections. Products such as the REACH ACCESS DAILY FLOSSER and Dentak Floss picks are safe to use and do not pose any risk to security.

Further, Periodontal disease is a chronic disease and I'm requesting to be treated by a Periodontist in order to receive the necessary treatment and care (i.e. surgery, cosmetic dentistry) that the DCC Dental Dept. cannot provide.

This appeal and the forthcoming reply demonstrates that I have fully exhausted my Administrative-Internal Remedies. I expect your detailed response within 30 working days from the date of this appeal.

Respectfully submitted,

William Francis, Jr.

10/20/2006

| Soaps | AMT | QTY | SHAVING ITEMS | AMT | QTY | NON-PRESCRIPTION | AMT | QTY | STATIONARY ITEMS | AMT | QTY | MISCELLANEOUS | AMT | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dial-1oz | 0.17 | | P SHV CRM | 1.62 | | ALLERGY CTNs | 1.38 | | Towels | 5.99 | | AA BATTERIES | 2.22 | |
| LE CLASSIQUE | 0.20 | | MAGIC SHAVE BLUE | 2.11 | | 10% Ance | 1.87 | | Wash Cloths | 2.39 | | AAA BATTERIES | 2.29 | |
| Soap Dish | 0.60 | | MAGIC SHAVE GOLD | 2.57 | | Anti fungal | 1.48 | | Socks | 1.19 | | D BATTERIERS | 2.22 | |
| | | | | | | Antiacid Liquid | 3.06 | | Do Rags | 2.27 | | | | |
| Combs & Brushes | | | AFTER SHAVES | | | Antiacid Tabs 150s | 3.22 | | STATIONARY ITEMS | | | COTTON SWABS | 1.51 | |
| Combs-sm | 0.07 | | CRAWFORD MUSK | 1.22 | | Artifial tears | 1.98 | | ENVELOPES-WHITE | 0.42 | | Id clip | 0.24 | |
| Afro-Piks | 0.42 | | AFTA FRESHSCENT | 2.47 | | Asprin 100 | 1.32 | | ENVELOPES-6x9 | 0.69 | | Sunglasses | 6.11 | |
| Hair Brush | 2.54 | | | | | Bayer Xtra 2 pk | 0.47 | | ENVELOPES-10X13 | 0.69 | | MIRROR | 2.14 | |
| Hair Ties | 1.10 | | DEODORANTS | | | Blistex | 1.90 | | WHITE NOTE PAD | 0.44 | | NAILCLIPPERS-SM | 0.50 | |
| | | | HERITAGE ROLL ON | 1.18 | | Chap Stick | 1.34 | | WHITE WRITING PAD | 0.72 | | NAILCLIPPERS-LG | 0.76 | |
| | | | MN DEOD STK | 2.18 | | X st Tylenol 2pk | 0.62 | | YELLOW LEGAL PAD | 1.06 | | COMBO-LOCKS | 4.46 | |
| Hair care | | | MN MUSK DEOD STK | 2.18 | | Foot Powder (Q.) | 3.84 | | COLORED PENCILS EAGLE | 2.42 | | PLAYING CARDS AVIATOR | 1.60 | |
| VO5 conditioner | 1.52 | | AQUA SPORT GEL A/P | 2.84 | | Halls Cough Drops | 0.68 | | # 2 PENCIL W/ ERASER | 0.12 | | PLAYING CARDS BICLCLE | 2.28 | |
| VO5 shampoo | 1.52 | | POWERUP Dry | 2.18 | | Hemorroidal Oint. | 3.28 | | PENS CRYSTAL | 0.24 | | PINOCLE CARDS | 2.36 | |
| Suave Shampoo | 2.28 | | | | | Hydrocortisone crm | 1.38 | | Card Stock | 0.06 | | Shoe Polish-blk | 1.70 | |
| HYPO-A Shampoo | 1.76 | | LOTIONS & OILS | | | Ibuprofen | 2.33 | | | | | Shoe Polish-brn | 1.70 | |
| MAX BODY Shampoo | 1.48 | | BABY OIL | 2.14 | | Medicated Chest Rub | 1.79 | | | | | Shoe Sting | 1.00 | |
| | | | ALOE LOTION | 2.12 | | Milk of Magnesia | 2.03 | | Composition book | 3.52 | | PHOTO ALBUMS | 2.36 | |
| Dandruff shampoo | 2.84 | | COCOA BUTTER LOTION | 1.86 | | Muscle Rub | 1.94 | | Org. Folder | 2.81 | | CERAL BOWL W/LID | 0.58 | |
| | | | COCOA BUTTER STICK | 1.20 | | Natural Veg. Pwdr. | 4.94 | | Webster Dictionary | 1.92 | | BOWL W/LID TUPPERWARE | 3.64 | |
| Sulfur * cond. | 3.37 | | NOXZEMA | 1.92 | | Non Asprin 100 | 2.08 | | | | | SPOON/FORK | 0.14 | |
| Sulfur 8 shampoo | 3.60 | | PERTROEUM JELLY | 0.92 | | Tanning Lotion | 2.54 | | | | | TASTER CHC MUG | 1.80 | |
| VO5 Hairdressing | 3.72 | | SKIN CARE LOTION | 1.76 | | Rolaids | 0.65 | | | | | TUMBLER W/LID | 0.47 | |
| Dandrex | 3.37 | | Norm skin tone | 5.12 | | Stress Pepto Liq *8oz. | 2.18 | | | | | Shopping Bag | 0.39 | |
| Hair greese | | | SCENTED OILS & LOTIONS | | | Sunblock | 3.46 | | | | | | | |
| Murray's Pomade | 2.12 | | CK1 OIL | 3.95 | | Tanning Lotion | 2.57 | | | | | WATCHES | | |
| PRO GLO Pomade | 1.55 | | ETERNITY OIL | 3.95 | | | | | | | | WATCH | 18.69 | |
| Royal crown | 1.68 | | CK1 LOTION | 2.62 | | BODY SUPPLEMENTS | | | | | | | | |
| | | | ETERNITY LOTION | 2.62 | | AMINO'S 1900-110'S | 4.74 | | | | | FOOT WEAR | | |
| Styling gel | 2.36 | | Powders | | | DAILY VITAMINS | 3.95 | | | | | Nike | 46.50 | |
| | | | Baby Powder | 1.61 | | MILK & EGG | 7.80 | | | | | ReeBox | 43.00 | |
| Oral Hygiene | | | Bath& shower | 1.82 | | POWER BARS | 1.20 | | | | | FLIP FLOP | 0.91 | |
| Dental Floss | 1.57 | | THEMOS SHRITS Sm.-xLg | 2.85 | | CLOTHING | | | ELECTRONICS | | | WIDE BAND | 3.07 | |
| colgate | 1.40 | | THEMOS SHRITS 2XL | 3.09 | | T-Shirts S-L-Xl | 2.32 | | SUPER THREE RADIO | 44.43 | | SHOE LACES | 1.00 | |
| colgate WHITENER | 2.40 | | THEMOS SHRITS 3XL | 3.36 | | T-Shirts xxl | 3.46 | | MAG 13" TV | 121.10 | | | | |
| colgate Total | 3.46 | | THEMOS SHRITS 4XL | 4.68 | | T-Shirts xxxl | 3.60 | | 6' EARPLUG | 2.39 | | | | |
| Efferdent ind. pk | 0.12 | | THEMOS PANTS Sm.-xLg | 2.85 | | T-Shirts 4xl | 4.18 | | ANTENNA CABLE | 9.65 | | | | |
| | | | THEMOS PANTS 2XL | 3.09 | | SHORTS S-MED | 9.96 | | Fans 12" | 30.57 | | | | |
| Mouthwash mint | 1.19 | | THEMOS PANTS 3XL | 3.36 | | SHORTS Lg-1XL-2XLG | 10.26 | | Alarm Clock | 8.13 | | | | |
| Efergrip | 5.32 | | THEMOS PANTS 4XL | 4.68 | | SHORTS XXXLG | 11.76 | | Boxers sm-XL | 1.92 | | | | |
| | | | Sweat Shirts Small & XL | 9.96 | | SHORTS X4XLG | 38.10 | | Boxers 2XL-3XL | 2.04 | | | | |
| toothbrush | 0.38 | | Sweat Shirts XXL | 11.40 | | Sweat Pants UPTO XL | 12.30 | | Boxers 4XL | 2.16 | | | | |
| toothbrush Holder | 0.40 | | Sweat Shirts XXXL | 12.30 | | Sweat Pants 2XLG | 13.80 | | PJs L-XL | 17.33 | | PJs 2XL | 21.29 | |
| Baseball caps | 4.50 | | Sweat Shirts 4XL | 13.50 | | Sweat Pants 3XLG | 24.90 | | Sweat Pants 4XLG | 32.10 | | | | |

PRICES SUBJECT TO CHANGE WITHOUT NOTICE