IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM FRANCIS, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-015-JJF |
| | : | |
| WARDEN THOMAS CARROLL, | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| STAN TAYLOR, and JOYCE TALLEY, | : | |
| | : | |
| Defendants. | : | |

**WITHDRAWAL OF APPEARANCE**

PLEASE WITHDRAW the appearance of Patrick G Rock, Esquire as attorney for Defendant Correctional Medical Services. Megan T. Mantzavinos, Esquire will remain as counsel for said Defendant.

                                                   /s/ *Patrick G. Rock*
                                                   Patrick G. Rock, Esquire (4632
                                                   Marks, O'Neill, O'Brien & Courtney, P.C.
                                                   913 North Market Street, #800
                                                   Wilmington, DE 19801
                                                   (302) 658-6538

DATED: November 20, 2007

DE096859.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM FRANCIS, JR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C. A. No. 07-015-JJF |
| | : |
| WARDEN THOMAS CARROLL, | : |
| CORRECTIONAL MEDICAL SERVICES, | : |
| STAN TAYLOR, and JOYCE TALLEY, | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, **Patrick G. Rock** hereby certify that on **November 20, 2007,** I electronically filed a **Withdrawal of Appearance** with the Clerk of Court using CM/ECF. A copy of same is being sent via first class mail to the following:

        Inmate William Francis, Jr., *Pro Se*
        SBI# 264560
        Delaware Correctional Center
        1181 Paddock Road
        Smyrna, DE 19977

                      */s/ Patrick G. Rock*
                      Patrick G. Rock, Esquire / I.D. No. 4632

DE083658.1