IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM FRANCIS, JR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 07-015-JJF |
| | : |
| WARDEN THOMAS CARROLL, | : |
| CORRECTIONAL MEDICAL SERVICES, | : |
| STAN TAYLOR, and JOYCE TALLEY, | : |
| | : |
| Defendants. | : |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCES of Ryan M. Ernst, Esquire as attorneys for Defendants Correctional Medical Services. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserve the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

/s/ *Ryan M. Ernst*
Ryan M. Ernst, Esquire (ID #4788)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorneys for Defendants*

DATED: November 28, 2007

{DE097318.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM FRANCIS, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 07-015-JJF |
| : | |
| WARDEN THOMAS CARROLL, : | |
| CORRECTIONAL MEDICAL SERVICES, : | |
| STAN TAYLOR, and JOYCE TALLEY, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, **Ryan M. Ernst, Esquire** hereby certify that on **November 28, 2007,** I electronically filed a **Entry of Appearance** with the Clerk of Court using CM/ECF. A copy of same is being sent via first class mail to the following:

Inmate William Francis, Jr., *Pro Se*
SBI# 264560
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

        /s/ Ryan M. Ernst
        Ryan M. Ernst, Esquire / I.D. No. 4788

{DE097320.1}