William GL Francis Jr.
SBI 264560
D.C.C. W-Bldg. D-22
1181 Paddock Road
Smyrna, DE 19977


November 20, 2007

Scott S. Altman
Quality Assurance Monitor
Correctional Medical Services
Delaware Regional Office
1201 College Park Drive, Suite 101
Dover, DE 19904

RE: Proof of Insurance; Francis v. CMS, et al. C.A. No. 07-015-JJF.

Dear Mr. Altman:

I respectfully request that you forward proof of insurance for Correctional Medical Services to me at the address indicated at the head of this correspondence. I would also request that you forward my medical records from January 2004 up to the present date to my family's residence (given below)



William Francis Jr.
C/O ███████
███████
███████
(Ph. ███████)
Or
(███████)

This information will serve to demonstrate the defendant CMS' ability to cover any future financial settlement or judgment in the above referenced case.

XC: Joseph J. Farnan, Jr.
    Patrick Rock, Counsel, CMS

Sincerely Submitted

*William GL Francis Jr.*

William GL Francis, Jr.

FILED
DEC - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FROM: William Francis, Jr.
SBI# 264560  UNIT W-D-22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 DEC 2007 PM 2 T

Hon. Joseph J. Farnan, Jr.
c/o U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, DE
　　　　　　19801-3570

