William GL Francis Jr.
SBI 264560
D.C.C. W-Bldg. D-22
1181 Paddock Road
Smyrna, DE 19977

November 20, 2007

Ophelia M. Waters
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801

RE: Proof of Insurance; Francis v. CMS, et al. C.A. No. 07-015-JJF.

Dear Ms. Waters:

I respectfully request that you forward proof of insurance for defendants Carroll, Talley, and Taylor. This information will serve to demonstrate the defendant CMS' ability to cover any future financial settlement or judgment in the above referenced case.

XC: Joseph J. Farnan, Jr. Judge
    Attorneys for defendants, CMS

                                              Sincerely Submitted

                                              *William GL Francis, Jr.*

                                              William GL Francis, Jr.

FILED
DEC - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE