William Francis, Jr.
#264560
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

December 29, 2007



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

RE: Francis v. Carroll et al, C.A. No. 07-015-JJF

Dear Clerk of Court:

    I respectfully request a printout of my docket sheet in the above-referenced case. The most recent entry should be "Plaintiff's First Request for Production of Documents."

Sincerely,

William Francis, Jr.

I/M William Francis, Jr.
SBI# 264560  UNIT W-D-22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
U.S.M.S. 2007 PM 3 L
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE
19801-3570