IN THE UNITED STATS DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM FRANCIS, JR.,<br>    Plaintiff,<br>v.<br><br>WARDEN THOMAS CARROLL,<br>CORRECTIONAL MEDICAL SERVICES, INC.,<br>STAN TAYLOR, and JOYCE TALLEY,<br>    Defendants. | )<br>)<br>) C.A. No. 07-015-JJF<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

**FILED**
JAN 02 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

**PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS DIRECTED
TO DEFENDANTS CORRECTIONAL MEDICAL SERVICES**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff hereby requests that defendants produce for inspection and copying, the documents and tangible things identified below within thirty (30) calendar days of the service of this document request.

1. Any and all dental records, dental X-Rays, dental exams and results of and for plaintiff from January 1, 2004 through and including the date of your response to this request.

2. Any and all policies, procedures, regulations, instructions, notes, memoranda, internal communications, directives, executive orders and preceding and subsequent amendments in effect from January 1, 2004 through and including the date of your response to this request concerning periodontal disease treatment, surgery and consultation – in – patient and out – patient – services at the Delaware Correctional Center in Smyrna, DE.

3. Any and all notes, documents, letters, memoranda, files, records, record books, logs; grievance reports, dispositions and/or written communications and civil actions made, prosecuted, settled or filed against Correctional Medical Services regarding dental care services in every city and state in which it operates.

4. Any and all official documents verifying the insurance status of Correctional Medical Services form January 1, 2004 through and including the date of your response to this request.

5. Any and all documents which describe, detail or show the actual amount and percentage of funds spent on dental services for inmates as compared to total annual expenditures over the past five years.

Dated: *December 27, 2007*    Pursuant to 28 U.S.C. § 1746

*William Francis, Jr.*
William Francis, Jr.
SBI#00264560, W-1 Unit
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

## Certificate of Service

I, _William Francis, Jr._, hereby certify that I have served a true And correct cop(ies) of the attached: _Plaintiff's First Request For Production of Documents_ upon the following parties/person (s):

TO: _Ryan M. Ernst_
_Attorney at Law_
_913 N. Market Street, Suite 800_
_Wilmington, DE 19801_

TO: _Office of the Clerk_
_844 N. King Street_
_Lockbox 18_
_Wilmington, DE 19801_

TO: _____

TO: _Ophelia M. Waters_
_Deputy Attorney General_
_Carvel State Office Building_
_820 N. French Street, 6th Floor_
_Wilmington, DE 19801_

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _28th_ day of _December_, 200_7_

_William Francis, Jr., plaintiff_

I/M William Francis, Jr.
SBI# 264560  UNIT W-D-22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
28 DEC 2007 PM 6 L

U.S.M
X-RAY

Joseph J. Farnan, Jr.
C/o Office of the Clerk
844 N. King Street
Lockbox 18
Wilmington, DE 19801