OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

January 3, 2008

TO:

**William Francis, Jr.**  
#264560  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977

    **RE:** *Request for Docket Sheet*  
          **CA 07-15 JJF**

Dear Mr. Francis:

    A letter has been received by the Clerk's Office from you requesting a copy of the docket sheet.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. *Should you require copywork in the future*, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/rwc                                  PETER T. DALLEO  
                                          CLERK

cc:  The Honorable Joseph J. Farnan, Jr.  
Enc. Docket Sheet