IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WILLIAM FRANCIS, JR.,                    :
                                         :
          Plaintiff,                     :
                                         :
     v.                                  :    C. A. No. 07-015-JJF
                                         :
WARDEN THOMAS CARROLL,                   :
CORRECTIONAL MEDICAL SERVICES,           :
STAN TAYLOR, and JOYCE TALLEY,           :
                                         :
          Defendants.                    :

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Eileen M. Ford, Esquire as attorneys for

Defendants Correctional Medical Services.  This Entry of Appearance shall not be considered to

be a waiver of any jurisdictional defects in service upon Defendant.  Defendant specifically

reserve the right to raise jurisdictional, or service, venue, or statute of limitations defects which

may be available and to answer, object, or otherwise plead.

                                        */s/ Eileen M. Ford*
                                        Megan T. Mantzavinos, Esquire (ID No. 3802)
                                        Eileen M. Ford,  Esquire (ID No. 2870)
                                        Ryan M. Ernst, Esquire (ID #4788)
                                        Marks, O'Neill, O'Brien & Courtney, P.C.
                                        913 Market Street, #800
                                        Wilmington, DE  19801
                                        (302) 658-6538
                                        *Attorneys for Defendants*

DATED:  January 4, 2008

{DE100186.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM FRANCIS, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-015-JJF |
| | : | |
| WARDEN THOMAS CARROLL, | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| STAN TAYLOR, and JOYCE TALLEY, | : | |
| | : | |
| Defendants. | : | |

_____

**CERTIFICATE OF SERVICE**
_____

I, **Eileen M. Ford, Esquire**, hereby certify that on  **January 4, 2008,** I electronically

filed **Entry of Appearance** with the Clerk of Court using CM/ECF which will send notification

of such filing(s) to the following:


Ophelia M. Waters
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
VIA ELECTRONIC MAIL

I have served via first class mail two copies of **<u>Entry of Appearance</u>** to the Pro Se

Defendant:

Inmate William Francis, Jr., *Pro Se*
SBI# 264560
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
Via First Class US Mail

<u>*/s/ Eileen M.Ford*</u>
Eileen M. Ford, Esquire (ID No. 2870)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*