William Francis, Jr.
#264560
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



FILED
JAN 11 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

January 8, 2007

The Honorable Joseph J. Farnan, Jr.
c/o Office of The Clerk
United States District Court
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington, Delaware 19801

RE: Request for specification of damages
    CA 07-15 JJF

Dear Honorable Joseph J. Farnan, Jr.:

    Plaintiff specifically requests compensatory damages in the amount of $50,500 and punitive damages in the amount of $100,000 from defendants Carroll and CMS, jointly and severally; and by and through Plaintiff's Amended Complaint (Docket Entry No. 10 - 04/24/2007), plaintiff specifically requests compensatory

Joseph J. Farnan, Jr.
January 8, 2007

damages in the amount of $50,500 and punitive damages in the amount of $100,000 from defendants Taylor and Talley, jointly and severally.

                Respectfully submitted,

                William Francis, Jr.
                PRO SE

cc: Ophelia Michelle Waters, Attorney
     Ryan M. Ernst, Attorney

-2-

I/M William Francis, Jr.
SBI# 264560   UNIT W-D-22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
10 JAN 2008 PM 1 L

Office of the Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, DE
19801-3570