## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM FRANCIS, JR., | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-015 JJF |
| | : | |
| v. | : | NON-ARBITRATION |
| | : | |
| WARDEN THOMAS CARROLL, | : | JURY TRIAL DEMANDED |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| INC., STAN TAYLOR and JOYCE | : | |
| TALLEY, | : | |
| | : | |
| Defendant. | : | |

### REDACTED DOCUMENT NOTICE

PLEASE TAKE NOTICE that no redacted documents of the Sealed Documents (DI 47)

will be submitted to the Court.


    /s/ Eileen M. Ford

Megan T. Mantzavinos, Esquire (ID No. 3802)
Eileen M. Ford,  Esquire (ID No. 2870)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
(302) 658-6538
Attorney for Defendants CMS, Dr. Niaz and Ms.
Gina Wolken

Date: 3/4/08

{DE104428.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM FRANCIS, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-015-JJF |
| | : | |
| WARDEN THOMAS CARROLL, | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| STAN TAYLOR, and JOYCE TALLEY, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, **Eileen M. Ford, Esquire**, hereby certify that on **March 4, 2008,** I electronically filed **Redacted Document Notice** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following: Ophelia M. Waters. I have served via first class mail two copies of **Redacted Document Notice** to the Pro Se Plaintiff:

Inmate William Francis, Jr., *Pro Se*
SBI# 264560
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
Via First Class US Mail

*/s/ Eileen M.Ford*
Eileen M. Ford, Esquire (ID No. 2870)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

{DE104464.1}