## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| William Francis, Jr., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>Correctional Medical Services, Inc., et al, )<br>)<br>    Defendants. ) | C.A. No.07-015-JJF<br>Jury Trial Demanded |

### NOTICE OF MOTION

TO:   William Francis, Jr.
        SBI #264560
        Delaware Correctional Center
        1181 Paddock Road
        Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the within Defendants' Motion for Leave to Take Deposition of Plaintiff pursuant to Federal Rule Civil Procedure 30(a)(2) and Local Rule 30.1 will be heard on Friday, June 6, 2008 at 2:00 PM before the Honorable Joseph J. Farnan, Jr.

                                    **STATE OF DELAWARE**
                                    **DEPARTMENT OF JUSTICE**

                                    ___/s/ Ophelia M. Waters____
                                    Ophelia M. Waters, (I.D. # 3879)
                                    Deputy Attorney General
                                    820 North French Street, 6th Floor
                                    Carvel State Building
                                    Wilmington, DE 19801
                                    (302) 577-8400
                                    ophelia.waters@state.de.us

Date: April 29, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I electronically filed *Notice of Motion* with the Clerk of Court using CM/ECF. I hereby certify that on April 29, 2008, I have mailed by United States Postal Service, the document to the following non-registered party: William Francis, Jr., SBI No.: 00264560, Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ophelia M. Waters_____
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us