# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| William Francis, Jr., )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>Correctional Medical Services, Inc., et al, )<br>)<br>  Defendants. ) | C.A. No.07-015-JJF<br>Jury Trial Demanded |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendants' counsel will take the oral deposition of Plaintiff, William Francis, Jr., at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware 19947 on Wednesday, June 18, 2008 at 10:00 am before a notary public or person authorized to administer oaths. The deposition will be recorded by stenographic means.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

   /s/ Ophelia M. Waters
Ophelia M. Waters, (I.D. # 3879)
Deputy Attorney General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, DE  19801
(302) 577-8400
ophelia.waters@state.de.us

Date:  May 8, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2008, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on May 8, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

>William Francis, Jr.
>SBI No.: 00264560
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE  19977.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters_____
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us