IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM FRANCIS, JR., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-015-JJF |
| | ) Jury Trial Demanded |
| WARDEN THOMAS CARROLL, | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| COMMISSIONER STAN TAYLOR, and | ) |
| JOYCE TALLEY, | ) |
| Defendants. | ) |

RECEIVED MAY 1 2 2008

### PLAINTIFF'S SECOND MOTION FOR APPOINTMENT OF COUNSEL AND POSTPONEMENT OF DEFENDANTS' TAKING OF DEPOSITION OF PLAINTIFF

COMES NOW, Plaintiff, William Francis, Jr., pro se, and moves this Honorable Court to appoint counsel to represent Plaintiff for the taking of deposition by Defendants, at trial and through to the conclusion of the above-referenced case by judgment or settlement, and to postpone the taking of deposition of Plaintiff by all named Defendants for the following reasons:

This Honorable Court denied Plaintiff's first Motion for the Appointment of Counsel with supporting memorandum on August 1, 2007 without prejudice. Plaintiff has never deposed or been deposed in a civil proceeding and has no experience in representing himself in any court of law and equity. Plaintiff believes, inter alia, that factual investigation will be necessary and he is unable to pursue investigation to the extent required to present his case at trial by jury of twelve. Plaintiff is not opposed to the taking of deposition by Defendants and looks forward to the speedy resolution of this

case, but his limited knowledge of the law and civil practice and procedure warrants appointment of counsel at this stage of the proceedings.

   Plaintiff was approved for work release from the Delaware Correctional Center on April 15, 2008 (Attachment 1) and is expecting to be released from Level 5 incarceration at any time on any day from the date work release was approved by the Institutional Release Classification Board (IRCB at: (302) 789-5001). Delaware inmates are not informed about the specific date and time of release to work as a matter of policy by the Department of Corrections (DOC), and are not permitted to take their legal materials with them en route to a work release center. Plaintiff avers that it would be in the best interest of all interested parties that any taking of depositions be postponed until after Plaintiff has been received at a designated work release center in Wilmington or New Castle County, DE and has secured employment and outside status, which should not prejudice the Defendants in any way.

   State Defendants and Defendant Correctional Medical Services, Inc. (CMS) have yet to respond adequately and completely to all of Plaintiff's interrogatories and the documents requested therein, and Plaintiff further requests that this Honorable Court direct the Defendants referenced above to comply before the scheduling of Defendants' requests to take deposition of Plaintiff.

   WHEREFORE, Plaintiff respectfully requests that this Honorable Court appoint counsel to represent him, postpone the taking of deposition(s) by Defendants and order Defendants to answer fully and completely Plaintiff's interrogatories and document requests.

___/s/ William Francis, Jr.___

William Francis, Jr.
SBI #264560
 Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977


Dated: May 9, 2008

 

# STATE OF DELAWARE
## DEPARTMENT OF CORRECTION
### BUREAU OF PRISONS
245 McKEE ROAD
DOVER, DELAWARE 19904
TELEPHONE: (302) 739-5601

Institutional Release Classification Hearing

OFFICE OF THE BUREAU CHIEF

| | |
|---|---|
| **Name** | FRANCIS    WILLIAM |
| **Hearing Date** | 4/15/08 |
| **SBI Number** | 264560 |
| **Institution** | DCC |
| **Request** | Work Release |

| | |
|---|---|
| **Decision** | Approved |
| **Vote** | 05-00 |
| **Remarks** | Transition after lengthy incarceration |

✓ CONCUR        — VETO

_____          _____
For the IRCB                              Chief, Bureau of Prisons

cc: Records-white
    Classfication-pink
    Inmate-yellow

Wednesday, April 16, 2008

*Attachment 1*

# Certificate of Service

I, _William Francis, Jr._, hereby certify that I have served a true And correct cop(ies) of the attached: _Plaintiff's Second Motion For Appointment of Counsel and Postponement of_ upon the following parties/person (s): _Taking of Deposition_

TO: _Ophelia M. Waters_
_Deputy Attorney General_
_820 N. French Street, 6th Fl._
_Wilmington, DE 19801_

TO: _Megan T. Mantzavinos_
_913 Market Street, #800_
_Wilmington, DE 19801_

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _9th_ day of _May_, 200_8_

_William Francis, Jr._

William Franks, Jr.
SBI# [illegible]
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977


U.S.M.S.
X-RAY

Honorable Joseph J. Farnan, Jr.
U.S District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

