IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM FRANCIS, JR. | : | |
| | : | |
| Plaintiff, | : | C.A. No.: 07-015-JJF |
| | : | |
| v. | : | |
| | : | |
| WARDEN THOMAS CARROLL, | : | |
| CORRECTIONAL MEDICAL SERVICES | : | TRIAL BY JURY OF |
| STAN TAYLOR, and JOYCE TALLEY, | : | TWELVE DEMANDED |
| | : | |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearance of Ryan M. Ernst, Esquire as attorney for Defendants Correctional Medical Services.  Megan T. Mantzavinos, Esquire and Eileen M. Ford, Esquire will remain as counsel of record for said Defendants.

                                                   */s/ Ryan M. Ernst*
                                                   Ryan M. Ernst, Esquire (ID No. 4788)
                                                    Marks, O'Neill, O'Brien & Courtney, P.C.
                                                     913 Market Street, #800
                                                     Wilmington, DE  19801
                                                     (302) 658-6538

DATED:  May 15, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM FRANCIS, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-015-JJF |
| | : | |
| WARDEN THOMAS CARROLL, | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| STAN TAYLOR, and JOYCE TALLEY, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, **Ryan M. Ernst, Esquire**, hereby certify that on **May 15, 2008,** I electronically filed the **Withdrawal of Appearance** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following: Ophelia M. Waters. I have served via first class mail two copies of the **Withdrawal of Appearance** to the Pro Se Plaintiff:

Inmate William Francis, Jr., *Pro Se*
SBI# 264560
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
Via First Class US Mail

*/s/ Ryan M. Ernst*
Ryan M. Ernst, Esquire (ID No. 4788)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendants*

{DE108885.1}