### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| William Francis, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.07-015-JJF |
| | ) | Jury Trial Demanded |
| Correctional Medical Services, Inc., et al, | ) | |
| | ) | |
| Defendants. | ) | |

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendants' counsel will take the oral deposition

of Plaintiff, William Francis, Jr., at the New Castle County Courthouse, Conference

Room 11601, 500 North King Street, 11th Floor, Wilmington, Delaware 19801 on

Wednesday, June 18, 2008 at 10:00 am before a notary public or person authorized to

administer oaths.  The deposition will be recorded by stenographic means.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**


___/s/ Ophelia M. Waters____
Ophelia M. Waters, (I.D. # 3879)
Deputy Attorney General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, DE  19801
(302) 577-8400
ophelia.waters@state.de.us

Date:  May 27, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2008, I electronically filed the *Re-Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on May 27, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

William Francis, Jr.
SBI No.: 00264560
Webb Correctional Facility
200 Greenbank Road
Wilmington, DE 19808.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**


/s/ Ophelia M. Waters_____
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us