IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM FRANCIS, JR. | : | |
| | : | |
| Plaintiff, | : | C.A. No.: 07-015-JJF |
| | : | |
| v. | : | |
| | : | |
| WARDEN THOMAS CARROLL, | : | |
| CORRECTIONAL MEDICAL SERVICES | : | TRIAL BY JURY OF |
| STAN TAYLOR, and JOYCE TALLEY, | : | TWELVE DEMANDED |
| | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of Defendant, Correctional Medical Services, Inc.'s, Motion for Extension of Time to Respond to Plaintiff's First Set of Interrogatories, and any response thereto, IT IS HEREBY ORDERED this 29 day of May, 2008 that said motion is GRANTED.

Defendant, Correctional Medical Services, Inc., shall have until June 28, 2008 within which to file responds and/or otherwise object to said interrogatories.

_____
Judge

{DE109697.1}