IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

William Francis, Jr.,
Plaintiff,

v.

Correctional Medical Services, Inc., et al,
Defendants.

C.A. No. 07-015-JJF
Jury Trial Demanded

FILED
JUN 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RD scanned

## NOTICE OF ADDRESS CHANGE AND REQUEST FOR COURT ORDER TO THE WARDEN OF WEBB CORRECTIONAL FACILITY

PLEASE TAKE NOTICE that Plaintiff has been transferred to the Webb Community Correctional Facility at:

SBI No.: 264560
200 Greenbank Road
Wilmington, DE 19808
Ph: 302-995-6129; Fax: 995-8210.

Plaintiff respectfully requests that this Honorable Court issue an Order to the Warden of the Webb Facility to permit Plaintiff to leave on pass to visit the Wilmington Public Library from June 9 through June 13, 2008 and June 16 - June 17, 2008, between the hours of 9:am to 4pm, to prepare for deposition, conduct legal research and draft legal documents related to the above-referenced action.

Date: June 3, 2008

/s/ William Francis, Jr.
SBI No.: 264560
Webb Community Correctional Facility
200 Greenbank Road
Wilmington, DE 19808

William Francis, Jr.
SBI No.: 264560
Webb Community Corrections Facility
200 Greenbank Road
Wilmington, DE 19808

[Postmark: WILMINGTON DE 197]
USA FIRST-CLASS FOREVER

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570
Honorable Joseph J. Farnan, Jr.

U.S.M.S. X-RAY