IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIAM FRANCIS, JR.,        )
                                    )
            Plaintiff,     )     Case No.:  07-015-JJF
                                    )
        v.           )     TRIAL BY JURY
                                    )     OF TWELVE DEMANDED
THOMAS CARROLL,          )
CORRECTIONAL MEDICAL SERVICES, )
STAN TAYLOR, and JOYCE TALLEY,  )
                                    )
           Defendants.   )

## CERTIFICATE OF SERVICE

     I hereby certify that on July 31, 2008, I electronically filed *State Defendants' Opposition*

*in Response to Plaintiff's Motion for Appointment of Counsel and Stay of Proceedings* with the

Clerk of Court using CM/ECF.  I hereby certify that on August 1, 2008, I have mailed by United

States Postal Service, the document to the non-registered participant listed below.  This

Certificate of Service shall replace the document at Docket Item 69.

     William Francis, Jr., Inmate
     SBI # 264560
     Plummer Community Correction Center
     38 Todds Lane
     Wilmington, DE 19802

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Ophelia M. Waters*
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us